10 F.3d 768w
 27 Fed.R.Serv.3d 1273
 The HERTZ CORPORATION, Plaintiff-Appellant,
v.
ALAMO RENT-A-CAR, INC., Leonard Solomon, Dollar Rent-A-Car
Systems, Inc., Sundance Carriage Corp., Atlas Rent-A-Car,
Inc., Enterprise Leasing Co., Value Rent-A-Car, Inc.,
Vehicle Management Services, Inc., Defendants-Appellees.
 No. 92-4383.
 United States Court of Appeals, Eleventh Circuit.
 Jan. 3, 1994.
Opinion Vacated and Withdrawn on Denial of Rehearing March 21, 1994.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 16 F.3d 1126.